Fill in this information to identify the case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number (if known): _____    Chapter 11

☐ Check if this an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1:    Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**    *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

### Part 2:    Identify the Debtor

2. **Debtor's name**    The Bomb Factory Dallas, LP

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   47-1717682
   EIN

5. **Debtor's address**

   **Principal place of business**
   2550 Pacific Avenue, Suite 1600
   Number      Street

   Dallas, TX 75226
   City            State    Zip Code

   Dallas
   County

   **Mailing address, if different**
   Number      Street

   P.O. Box

   City            State    Zip Code

   **Location of principal assets, if different from principal place of business**
   2713 Canton & 2727 Canton
   Number      Street

   Dallas, TX 75226
   City            State    Zip Code

6. **Debtor's website (URL)**

7. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☑ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify:

8. **Type of debtor's business**    *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the types of business listed.
☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
MM / DD / YYYY

Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue**   *Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**   Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Capshaw & Associates | Attorney's Fees | $11,205.00 |
| Westdale Properties America I, Ltd. | Loan (Promissory Note) | $15,000.00 |
| 2713 Canton, Ltd. | Rent | $882,991.96 |
| | Total of petitioners' claims | $909,196.96 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

Debtor _____   Case number (if known) _____

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | **Jeffrey T. Hall** |
| Capshaw & Associates | Printed name |
| Name | |
| 3500 Maple, Suite 1100 | Firm name, if any |
| Number   Street | **1700 Pacific Avenue, Suite 4750** |
| Dallas, TX 75219 | Number   Street |
| City   State   Zip Code | Dallas, TX 75201 |
| | City   State   Zip Code |
| **Name and mailing address of petitioner's representative, if any** | Contact phone  **214-635-1839**   Email  **jthallesq@gmail.com** |
| Name | Bar number  **00787622** |
| | State  **Texas** |
| Number   Street | |
| City   State   Zip Code | Best personal regards, |
| | Yours very truly, |
| I declare under penalty of perjury that the foregoing is true and correct. Executed on   05-06-22 | *Jeffrey Hall* |
| MM / DD / YYYY | Jeffrey T. Hall |
| | Date signed   5-9.22 |
| *[signature]* | MM / DD / YYYY |

Signature of petitioner or representative, including representative's title

**Name and mailing address of petitioner**

Westdale Properties America I, Ltd.
Name

2550 Pacific Avenue, Suite 1600
Number  Street

Dallas    TX    75226
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                  MM / DD / YYYY

✘ See attached signature page
Signature of petitioner or representative, including representative's title

Jeffrey T. Hall
Printed name

_____
Firm name, if any

1700 Pacific Avenue, Suite 4750
Number  Street

Dallas    TX    75201
City    State    ZIP Code

Contact phone  214-635-1839   Email jhallesq@gmail.com

Bar number  00787622

State  Texas

*Best personal regards,*
*Yours very truly,*
/s/ Jeffrey T. Hall
Signature of attorney

Date signed  5-9-22
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

2713 Canton, Ltd.
Name

2550 Pacific Avenue, Suite 1600
Number  Street

Dallas    TX    75226
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                  MM / DD / YYYY

✘ See attached signature page
Signature of petitioner or representative, including representative's title

Jeffrey T. Hall
Printed name

_____
Firm name, if any

1700 Pacific Avenue, Suite 4750
Number  Street

Dallas    TX    75201
City    State    ZIP Code

Contact phone  214-635-1839   Email jhallesq@gmail.com

Bar number  00787622

State  Texas



*Best personal regards,*
*Yours very truly,*
✘ /s/ Jeffrey T. Hall
Signature of attorney

Date signed  5-9-22
              MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

WESTDALE PROPERTIES AMERICA I, LTD., a Texas limited partnership

By: JGB Ventures I, Ltd.
     a Texas limited partnership
     Its General Partner

    By: JGB Holdings, Inc.
         a Texas corporation
         Its General Partner

        By: _____
        Name: Joseph G. Beard
        Title: President

2713 CANTON, LTD., a Texas limited partnership

By: 2713 Canton bomb Factory, Inc.
     a Texas corporation
     Its General Partner

By: _____
Name: Joseph G. Beard
Title: President