**Fill in this information to identify the case:**

Debtor name    **The Bomb Factory Dallas, LP**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **22-30841**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   *Amended Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 11, 2022**     X **/s/ Kenneth W. Carlson**
                                       Signature of individual signing on behalf of debtor

                                       **Kenneth W. Carlson**
                                       Printed name

                                       **President of General Partner**
                                       Position or relationship to debtor

<u>RESERVATION OF RIGHTS OF BF 2021 GP, LLC ("BF 2021")</u>

1. BF 2021 hereby reserves the right to object to any and all claims listed on the attached schedules on any basis, including but not limited to liability, amount, or both.  The signature of Westdale Bomb Factory 2021 GP, Inc. shall not be construed to constitute an agreement by BF 2021 as to such claims.

2. BF 2021 hereby reserves the right to object to the valuations, or completeness of any assets listed on the attached schedules.  The signature of Westdale Bomb Factory 2021 GP, Inc. shall not be construed to finally determine the Debtor's valuation of its assets.

3. BF 2021 further reserves the right to amend the Schedules to include claims of the Debtor against Westdale Bomb Factory 2021 GP, Inc., Westdale Properties America I, Ltd., Westdale Entertainment, LLC, their affiliates, officers, directors, managers, and/or attorneys.  At this time, such claims are unliquidated in amount and liability is disputed. Any omission of such claims by Westdale Bomb Factory 2021 GP, shall not operate as a waiver of such claims.

Respectfully Submitted,

*/s/ Howard Marc Spector*
Howard Marc Spector
TBA# 00785023
Spector & Cox, PLLC
12770 Coit Road, Ste. 850
Dallas, TX 75251
hspector@spectorcox.com
(214) 365-5377
(214) 237-3380 (fax)

ATTORNEY FOR BF 2021

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Bomb Factory Dallas, LP** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **22-30841** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **2713 Canton Ltd 2550 Pacific Avenue Suite 1600 Dallas, TX 75226** | | **Pending Lawsuit** | **Contingent** | | | $882,991.96 |
| **Ann Hurley 3741 Abrams RoadDallas, TX 75214** | | **Deposit for Event-St. Thomas Aquinas** | | | | $21,779.38 |
| **AXS Group LLC c/o Victoria Von Szeliski425 W. 11th Street  Suite 100 Los Angeles, CA 90015** | | **m: Unrefunded presale tickets** | | | | $455,449.93 |
| **CassidyCunnyngham-Basham 3506 S. Culpper Circle Suite D Springfield, MO 65804** | | **Deposit for Event-8 Percent Nation** | | | | $8,690.50 |
| **Danyell Wells 3662 W. Camp Wisdom Road #2044Dallas, TX 75237** | | **Deposit for Event-DFW Urban League** | | | | $2,500.00 |
| **Diana Einstein 3963 Maple AvenueSuite 390Dallas, TX 75219** | | **Deposit for Event-Mayor Star Council** | | | | $11,450.00 |
| **Diana Hamilton 4101 Sigma Road Dallas, TX 75244** | | **Deposit for Event-Parish Episcopal** | | | | $27,334.38 |
| **Emily Sarche 17301 Preston RoadDallas, TX 75252** | | **Deposit for Event-Shelton Gala** | | | | $10,000.00 |

| Debtor | The Bomb Factory Dallas, LP | | Case number *(if known)* | 22-30841 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Erin Bowers 30 South 15th StreetSuite 1001Philadelphia, PA 19102 | | Deposit for Event-Tempest Tourism | | | | $5,844.32 |
| Evan Stewart 2825 Oak Lawn Avenue #192154Dallas, TX 75219 | | Deposit for Event-Obsessed Academy | | | | $5,000.00 |
| Julian Leaver 1174 Quaker StreetDallas, TX 75207 | | Deposit for Event-Yalamanchi Wedding | | | | $21,615.36 |
| Munck Wilson Mandala, LLP 600 Banner Place Tower 1 2770 Coit Road Dallas, TX 75251 | | Attorney's Fees (Pending Lawsuit) | | | | $42,566.79 |
| Sean Pantin 1909 Woodall Rogers FwyDallas, TX 75201 | | Deposit for Event-II DA | | | | $9,670.64 |
| Seated Inc c/o David McKay 223 Bedford AvenueSuite A #2040Brooklyn, NY 11211 | | Cancelled Show | | | | $8,457.00 |
| Stephanie Ruibal 601 S. Pearl Street Dallas, TX 75201 | | Deposit for Event-Stephanie Ruibal | | | | $3,000.00 |
| Tami Mckeon 3901 Miles Road Sachse, TX 75048 | | Deposit for Event-Sachse Prom | | | | $2,000.00 |
| U.S. Small Business Administration 409 3rd Street SW 6th Floor Washington Washington, DC 20416 | | Shuttered Venue Operators Gran | | | | $10,000,000.00 |
| Wells Fargo Bank NA P.O. Box 6995 Portland, OR 97228 | | PPP Loan | | | | $107,099.98 |
| Wells Fargo SBL P.O. Box 29482 Phoenix, AZ 85038 | | Credit Card | | | | $7,551.92 |

| Debtor | **The Bomb Factory Dallas, LP** | | Case number *(if known)* | **22-30841** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Westdale Properties America I Ltd, 2550 Pacific Avenue Suite 1600 , Dallas, TX 7522 6** | | **Loan** | | | | **$15,000.00** |

**Fill in this information to identify the case:**

Debtor name **The Bomb Factory Dallas, LP**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **22-30841**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................ $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................ $     11,716,491.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................. $     11,716,491.00

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     11,648,002.16

4. **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b

    $     11,648,002.16

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The Bomb Factory Dallas, LP** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **22-30841** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | 9692 | **$10,001,246.00** |
| 3.2. | **Prosperity Bank** | **Checking** | 2789 | **$16,320.00** |
| 3.3. | **Wells Fargo** | checking | 1384 | **$1,087.00** |
| 3.4. | **Prosperity Bank** | **Checking** | 5009 | **$699.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**          | **$10,019,352.00** |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | **The Bomb Factory Dallas, LP** | Case number *(If known)* **22-30841** |
|--------|------------------------------|----------------------------------------|
| | Name | |

---

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1. | **Canton Hall, LLC** | **100%** % | $0.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |
| 17. | **Total of Part 4.** Add lines 14 through 16.  Copy the total to line 83. | | $0.00 |

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|-----------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Liquor | 6/30/2021 | Unknown | N/A | $50,000.00 |

| 23. | **Total of Part 5.** Add lines 19 through 22.  Copy the total to line 84. | $50,000.00 |
|---|---|---|

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

| Debtor | **The Bomb Factory Dallas, LP** | Case number *(if known)* **22-30841** |
| --- | --- | --- |
| | Name | |

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture**<br>See Attached Exhibit 39 | **$1,175,329.00** | **Appraisal** | **$173,500.00** |
| 40. | **Office fixtures**<br>**Office fixtures**<br>See attached Exhibit 39 | **Unknown** | **Tax records** | **Unknown** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>See Attached Exhibit 39 | **Unknown** | **Tax records** | **Unknown** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

   | | **$173,500.00** |
   | --- | --- |

   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

Debtor  **The Bomb Factory Dallas, LP**                    Case number *(If known)*  **22-30841**
_____
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**See attached Exhibit 39** | | | |
| *Included in line 39 | $0.00 | Appraisal | $1,473,639.00 |

51. **Total of Part 8.**                                                          | $1,473,639.00 |
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor **The Bomb Factory Dallas, LP**
_____
Name

Case number *(If known)* **22-30841**

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,019,352.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $50,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $173,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,473,639.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,716,491.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,716,491.00 |

PDF Attachment

A PDF file has been attached to this document. This file
will appear here when a PDF is created using the ECFiling
button on the Print Documents window.


Pages: 10
File:  Exhibit 39.Schd.A.B.pdf
Path:  Z:\Scans

**Fill in this information to identify the case:**

Debtor name    **The Bomb Factory Dallas, LP**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **22-30841**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **The Bomb Factory Dallas, LP**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **22-30841**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $882,991.96 |

**3.1** Nonpriority creditor's name and mailing address
**2713 Canton**
**Ltd 2550 Pacific Avenue Suite 1600 Dallas, TX 75226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Lawsuit**

Is the claim subject to offset? ☑ No ☐ Yes

**$882,991.96**

---

**3.2** Nonpriority creditor's name and mailing address
**Ann Hurley**
**3741 Abrams Road**
**Dallas, TX 75214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit for Event-St. Thomas Aquinas**

Is the claim subject to offset? ☑ No ☐ Yes

**$21,779.38**

---

**3.3** Nonpriority creditor's name and mailing address
**AXS Group LLC**
**c/o Victoria Von Szeliski**
**425 W. 11th Street Suite 100 Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **m: Unrefunded presale tickets**

Is the claim subject to offset? ☑ No ☐ Yes

**$455,449.93**

---

**3.4** Nonpriority creditor's name and mailing address
**CassidyCunnyngham-Basham**
**3506 S. Culpper Circle**
**Suite D**
**Springfield, MO 65804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit for Event-8 Percent Nation**

Is the claim subject to offset? ☑ No ☐ Yes

**$8,690.50**

| Debtor | The Bomb Factory Dallas, LP | Case number (if known) | 22-30841 |
|---|---|---|---|
| | Name | | |

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00**

Danyell Wells
3662 W. Camp Wisdom Road #2044
Dallas, TX 75237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Deposit for Event-DFW Urban League

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,450.00**

Diana Einstein
3963 Maple Avenue
Suite 390
Dallas, TX 75219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Deposit for Event-Mayor Star Council

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,334.38**

Diana Hamilton
4101 Sigma Road Dallas, TX 75244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Deposit for Event-Parish Episcopal

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

Emily Sarche
17301 Preston Road
Dallas, TX 75252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Deposit for Event-Shelton Gala

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,844.32**

Erin Bowers
30 South 15th Street
Suite 1001
Philadelphia, PA 19102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Deposit for Event-Tempest Tourism

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00**

Evan Stewart
2825 Oak Lawn Avenue #192154
Dallas, TX 75219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Deposit for Event-Obsessed Academy

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,615.36**

Julian Leaver
1174 Quaker Street
Dallas, TX 75207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Deposit for Event-Yalamanchi Wedding

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The Bomb Factory Dallas, LP | Case number (if known) | 22-30841 |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address**
Munck Wilson Mandala, LLP
600 Banner Place Tower 1
2770 Coit Road Dallas, TX 75251

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Attorney's Fees (Pending Lawsuit)__

Is the claim subject to offset? ■ No ☐ Yes

$42,566.79

---

**3.13** | **Nonpriority creditor's name and mailing address**
Sean Pantin
1909 Woodall Rogers Fwy
Dallas, TX 75201

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Deposit for Event-II DA__

Is the claim subject to offset? ■ No ☐ Yes

$9,670.64

---

**3.14** | **Nonpriority creditor's name and mailing address**
Seated Inc
c/o David McKay 223 Bedford Avenue
Suite A #2040
Brooklyn, NY 11211

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cancelled Show__

Is the claim subject to offset? ■ No ☐ Yes

$8,457.00

---

**3.15** | **Nonpriority creditor's name and mailing address**
Stephanie Ruibal
601 S. Pearl Street Dallas, TX 75201

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Deposit for Event-Stephanie Ruibal__

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.16** | **Nonpriority creditor's name and mailing address**
Tami Mckeon
3901 Miles Road Sachse, TX 75048

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Deposit for Event-Sachse Prom__

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.17** | **Nonpriority creditor's name and mailing address**
U.S. Small Business Administration
409 3rd Street SW 6th Floor
Washington
Washington, DC 20416

Date(s) debt was incurred **7602**

Last 4 digits of account number **2021**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Shuttered Venue Operators Gran__

Is the claim subject to offset? ■ No ☐ Yes

$10,000,000.00

---

**3.18** | **Nonpriority creditor's name and mailing address**
Wells Fargo Bank NA
P.O. Box 6995
Portland, OR 97228

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __PPP Loan__

Is the claim subject to offset? ■ No ☐ Yes

$107,099.98

---

| Debtor | **The Bomb Factory Dallas, LP** | Case number (if known) | **22-30841** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,551.92 |
|---|---|---|---|
| | **Wells Fargo SBL** | ☐ Contingent | |
| | **P.O. Box 29482 Phoenix, AZ 85038** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **7404** | Basis for the claim: **Credit Card** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|
| | **Westdale Properties America I Ltd,** | ☐ Contingent | |
| | **2550 Pacific Avenue Suite 1600 ,** | ☐ Unliquidated | |
| | **Dallas, TX 7522 6** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Loan** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Westdale Properties America I Ltd, 2550** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Dallas, TX 7522 6** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ashley Agnew,** **39 63 Maple Avenue Suite 390 ,** **Dallas, TX 75219** | Line **3.7** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Jason P. Fulton** **Diamond McCarthy LP Tower at Cityplace 2711 N. Haskell AvenueSuite 3100Dallas, TX 75204** | Line **3.1** ☐ Not listed. Explain ____ | _ |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 11,648,002.16 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 11,648,002.16 |

**Fill in this information to identify the case:**

Debtor name    **The Bomb Factory Dallas, LP**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **22-30841**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.    State what the contract or          **Lease of equipment**
        lease is for and the nature of
        the debtor's interest

        State the term remaining

        List the contract number of any                        **2713 Canton Ltd.**
        government contract        _____    _____

**Fill in this information to identify the case:**

Debtor name __**The Bomb Factory Dallas, LP**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) __**22-30841**__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City State Zip Code | | | |
| 2.2 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City State Zip Code | | | |
| 2.3 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City State Zip Code | | | |
| 2.4 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City State Zip Code | | | |

---

**Fill in this information to identify the case:**

Debtor name **The Bomb Factory Dallas, LP**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **22-30841**

☐ Check if this is an amended filing

---

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ☑ Operating a business<br>☐ Other | **$41,250.00** |
   | **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ☑ Operating a business<br>☐ Other | **$68,281.03** |
   | **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ☑ Operating a business<br>☐ Other | **$0.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | The Bomb Factory Dallas, LP | Case number *(if known)* 22-30841 |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| Relationship to debtor | | | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **2713 Canton, ltd. v. The Bomb Factory Dallas, LP and The Bomb Factory, LLC v. Westdate Properties America I, et al., v. Clinton Barlow and Whitney Barlow**<br>DC-21-04000 | **Breach of Contract and Declaratory Judgmen** | **162nd Civil District Court Dallas County George L Allen Sr. Courts Building 600 Commerce Street Dallas, TX 75202** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Munck Wilson Mandala, LLP v. The Bomb Factory Dallas, LP, Whitney Barlow, et al.**<br>DC-21-18447 | | **160th District Court Dallas County George L. Allen Sr. Courts Building 600 Commerce Street 6th Floor New Tower Dallas, TX 75202** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor   **The Bomb Factory Dallas, LP**            Case number *(if known)*   **22-30841**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Spencer Fane LLP, 5700 Granite Parkway Suite 650 Plano, TX 75024** | | **03/18/2022** | **$30,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**

| Debtor | The Bomb Factory Dallas, LP | Case number *(if known)* 22-30841 |
|---|---|---|

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **The Bomb Factory Dallas, LP**         Case number *(if known)*  **22-30841**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

Debtor   **The Bomb Factory Dallas, LP**                          Case number *(if known)* **22-30841**

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Moss Adams LLP**<br>**14555 Dallas Parkway Suite 300Dallas, TX 75254** | **8/2014** |
| 26a.2. **Jones & Jones CPAs PC**<br>**5201 W. Park Blvd Suite 100**<br>**Plano, TX 75093** | **8/2014** |
| 26a.3. **Westdale Asset Management Ltd**<br>**2550 Pacific Avenue**<br>**Suite 1600**<br>**Dallas, TX 75226** | **8/2014** |
| 26a.4. **Whitney Barlow**<br>**3039 Sharpview Lane**<br>**Dallas, TX 75228** | **8/2014** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Former Westdale Employee** | **6/2021** | **50,000.00** |

Name and address of the person who has possession of inventory records

**Former Westdale Employee**
**2550 Pacific Avenue Suite 1600**
**Dallas, TX 75226**

Debtor    The Bomb Factory Dallas, LP          Case number *(if known)*   22-30841

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | North Texas Appraisers, LLC | 5/24/2021 | 173,500.00 |

Name and address of the person who has possession of inventory records

North Texas Appraisers LLC
17130 Dallas Parkway
Suite 120
Dallas, TX 75248

| | | Date of inventory | The dollar amount... |
|---|---|---|---|
| 27.3. | Matt Raffaele | 6/2021 | 1,473,639.00 |

Name and address of the person who has possession of inventory records

Matt Raffaele
2713 Canton Street
Dallas, TX 75226

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Westdale Bomb Factory 2021 GP Inc. | | General Partner | 0% |
| The Bomb Factory, LLC | | Limited Partner | 1% |
| Clint Barlow | | Limited Partne | 14.5% |
| Whitney Barlow | | Limited Partner | 14.5 |
| Westdale Properties America I, Ltd. | | Limited Partner | 14.5% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **The Bomb Factory Dallas, LP**                                     Case number *(if known)* **22-30841**

---

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

**Name of the parent corporation**                          **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

**Name of the pension fund**                                **Employer Identification number of the pension fund**

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __July 11, 2022__

/s/ Kenneth W. Carlson                              **Kenneth W. Carlson**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **President of General Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

In re  **The Bomb Factory Dallas, LP**                     Case No.   **22-30841**
                                    Debtor(s)              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☐ Debtor     ☑ Other (specify):     **General Partners**

3.  The source of compensation to be paid to me is:

☑ Debtor     ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 11, 2022**
*Date*

/s/ **Eric A. Liepins**
**Eric A. Liepins**
*Signature of Attorney*
**Eric A. Liepins**
**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
**972-991-5591  Fax: 972-991-5788**
**eric@ealpc.com**
*Name of law firm*

# United States Bankruptcy Court
## Northern District of Texas

In re __The Bomb Factory Dallas, LP__                          Case No. __22-30841__
                              Debtor(s)                        Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Clint Barlow** | | | **14.5%** |
| **The bomb Factory LLC** | | | **1%** |
| **Westdale Bomb Factory 2021** | | | **0** |
| **Westdale Properties America I Ltd, 2550 Pacific Avenue Suite 1600 , Dallas, TX 7522 6** | | | **70%** |
| **Whitney Barlow** | | | **14.5%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President of General Partner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __July 11, 2022__                    Signature __/s/ Kenneth W. Carlson__
                                            __Kenneth W. Carlson__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Texas

In re  __The Bomb Factory Dallas, LP__                                   Case No.  __22-30841__

                                              Debtor(s)        Chapter  __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  __The Bomb Factory Dallas, LP__  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__July 11, 2022__                                      /s/ Eric A. Liepins
Date                                              **Eric A. Liepins**
                                              Signature of Attorney or Litigant
                                              Counsel for   **The Bomb Factory Dallas, LP**
                                              **Eric A. Liepins**
                                              **12770 Coit Road**
                                              **Suite 850**
                                              **Dallas, TX 75251**
                                              **972-991-5591 Fax:972-991-5788**
                                              **eric@ealpc.com**

In re: The Bomb Factory Dallas, LP
Case No. 22-30489-hdh11

## **EXHIBIT 39 – Schedule A/B**

145109 The Bomb Factory Dallas, LP

FYE: 12/31/2020

**Tax Asset Detail**    1/01/20 - 12/31/20

05/03/2021 9:26 AM

**Group: Building Improvements**

| Asset | d t | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Electrical Work Throughout Building | 5/12/16 | 13,318 | 0 | 0 | 1,237 | 341 | 1,578 | 11,740 | S/L | 39.00 |
| 1 | | Electrical Work Throughout Building | 5/12/16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 39.00 |
| 2 | | Employee Entrance Shed | 8/04/16 | 10,239 | 0 | 0 | 887 | 263 | 1,150 | 9,089 | S/L | 39.00 |
| 2 | | Employee Entrance Shed | 8/04/16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 3 | | Remodel Handrails Build Hallway | 12/27/16 | 13,581 | 0 | 0 | 1,059 | 349 | 1,408 | 12,173 | S/L | 39.00 |
| 3 | | Remodel Handrails Build Hallway | 12/27/16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 4 | | Build Platform And Install Handcrafted | 12/29/16 | 8,714 | 0 | 0 | 679 | 223 | 902 | 7,812 | S/L | 39.00 |
| 4 | | Build Platform And Install Handcrafted | 12/29/16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 5 | | Remodeling | 1/13/17 | 28,395 | 0 | 0 | 17,471 | 1,092 | 18,563 | 9,832 | 150DB | 15.0 |
| 5 | | Remodeling | 1/13/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 6 | | Venue Construction And Repair | 1/30/17 | 31,240 | 0 | 0 | 19,220 | 1,202 | 20,422 | 10,818 | 150DB | 15.0 |
| 6 | | Venue Construction And Repair | 1/30/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 7 | | Suites Remodel | 2/08/17 | 7,069 | 0 | 0 | 4,350 | 272 | 4,622 | 2,447 | 150DB | 15.0 |
| 7 | | Suites Remodel | 2/08/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 8 | | Remodeling | 3/02/17 | 2,210 | 0 | 0 | 1,360 | 85 | 1,445 | 765 | 150DB | 15.0 |
| 8 | | Remodeling | 3/02/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 9 | | Remodeling | 3/02/17 | 13,257 | 0 | 0 | 8,157 | 510 | 8,667 | 4,590 | 150DB | 15.0 |
| 9 | | Remodeling | 3/02/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 10 | | Remodeling | 3/07/17 | 13,257 | 0 | 0 | 8,157 | 510 | 8,667 | 4,590 | 150DB | 15.0 |
| 10 | | Remodeling | 3/07/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 11 | | Resurface And Seal VIP Lot | 5/10/17 | 51,000 | 0 | 0 | 31,378 | 1,962 | 33,340 | 17,660 | 150DB | 15.0 |
| 11 | | Resurface And Seal Vip Lot | 5/10/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 12 | | New Door Security Systems | 5/30/17 | 5,924 | 0 | 0 | 3,645 | 228 | 3,873 | 2,051 | 150DB | 15.0 |
| 12 | | New Door Security Systems | 5/30/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 13 | | New Door Security Systems | 5/30/17 | 7,005 | 0 | 0 | 4,310 | 270 | 4,580 | 2,425 | 150DB | 15.0 |
| 13 | | New Door Security Systems | 5/30/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 14 | | Backstage Hospitality Remodel | 11/25/17 | 7,450 | 0 | 7,450 | 7,450 | 0 | 7,450 | 0 | 150DB | 15.0 |
| 14 | | BackstageHospitality Remodel | 11/25/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 121 | | 44' of custom gutters and downspout | 2/04/19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 201 | | Gutters | 12/31/19 | 17,654 | 0 c | 17,654 | 17,654 | 0 | 17,654 | 0 | 150DB | 15.0 |
| | | **Building Improvements** | | 230,313 | | 25,104 | 127,014 | 7,307 | 134,321 | 95,992 | | |

**Group: Intangibles**

| # | Description | Date | Cost | | | | | | Method | Life |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Liquor License | 1/01/16 | 7,420 | 0 | 0 | 1,979 | 495 | 2,474 | 4,946 Amort | 15.00 |
| 15 | Liquor License | 12/31/14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 16 | Organizational Costs | 4/15/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 16 | Organizational Costs | 4/15/17 | 845 | 0 | | 155 | 56 | 211 | 634 Amort | 15.00 |
| | Intangibles | | 8,265 | 0 c | | 2,134 | 551 | 2,685 | 5,580 | |

**Group: Personal Property**

| # | Description | Date | Cost | | | | | | Method | Life |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | Sound Bridge | 1/01/16 | 83,342 | 0 | 0 | 57,308 | 7,439 | 64,747 | 18,595 200DB | 7.0 |
| 17 | Tables rug couch | 10/14/14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 18 | Bar Stools Vinyl Seats | 1/01/16 | 10,928 | 0 | 0 | 7,514 | 976 | 8,490 | 2,438 200DB | 7.0 |
| 18 | walk in cooler refrigerator | 10/23/14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 19 | Wood Tabletops | 1/01/16 | 1,401 | 0 | 0 | 963 | 125 | 1,088 | 313 200DB | 7.0 |
| 19 | Sound bridge | 11/06/14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 20 | Security Cameras | 1/01/16 | 5,503 | 0 | 0 | 3,784 | 491 | 4,275 | 1,228 200DB | 7.0 |
| 20 | Bar Stools vinyl seats | 11/21/14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 21 | Adj For Bar Stools Balance | 3/01/16 | 535 | 0 | 0 | 368 | 48 | 416 | 119 200DB | 7.0 |
| 21 | Wood Tabletops | 11/21/14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 22 | Tables Rug Couch | 1/01/16 | 529 | 0 | 0 | 364 | 47 | 411 | 118 200DB | 7.0 |
| 22 | POS | 12/01/14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 23 | Chair | 1/01/16 | 803 | 0 | 0 | 552 | 72 | 624 | 179 200DB | 7.0 |
| 23 | chair | 12/09/14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 24 | Lamp | 1/01/16 | 120 | 0 | 0 | 82 | 11 | 93 | 27 200DB | 7.0 |
| 24 | security cameras | 12/11/14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 25 | Walk In Cooler Refrigerator | 1/01/16 | 3,470 | 0 | 0 | 2,386 | 310 | 2,696 | 774 200DB | 7.0 |
| 25 | Adj for Bar Stools Balance | 12/11/14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 26 | POS | 1/01/16 | 8,000 | 0 | 0 | 6,618 | 921 | 7,539 | 461 200DB | 5.0 |
| 26 | lamp | 12/17/14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 27 | 1/2 Of Refrigeration System | 1/01/16 | 5,412 | 0 | 0 | 4,477 | 623 | 5,100 | 312 200DB | 5.0 |
| 27 | Half of Refrigeration System | 1/31/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 28 | Security Radios Equipment | 1/01/16 | 8,427 | 0 | 0 | 6,971 | 971 | 7,942 | 485 200DB | 5.0 |
| 28 | Security Radios Equipment | 1/31/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 29 | Draperies Hardware For Stage | 1/01/16 | 8,355 | 0 | 0 | 6,911 | 963 | 7,874 | 481 200DB | 5.0 |
| 29 | Draperies Hardware for stage | 2/28/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 30 | Steel Barricades Covers | 1/01/16 | 1,744 | 0 | 0 | 1,443 | 201 | 1,644 | 100 200DB | 5.0 |
| 30 | Steel Barricadescovers | 2/28/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 31 | Retractable Belt Stanchions | 1/01/16 | 1,285 | 0 | 0 | 1,063 | 148 | 1,211 | 74 200DB | 5.0 |
| 31 | Retractable belt stanchions | 2/28/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 32 | Steel Barricades For Crowd Control | 1/01/16 | 4,785 | 0 | 0 | 3,958 | 551 | 4,509 | 276 200DB | 5.0 |
| 32 | Steel Barricades for crowd control | 2/28/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 33 | Video Camera Receivers | 1/01/16 | 14,000 | 0 | 0 | 11,581 | 1,613 | 13,194 | 806 200DB | 5.0 |
| 33 | Video Camera Receivers | 2/28/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 34 | Curtains For VIP Suites | 1/01/16 | 2,892 | 0 | 0 | 2,392 | 333 | 2,725 | 167 200DB | 5.0 |
| 34 | Curtains for VIP Suites | 3/31/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |

| No. | Description | Date | Cost | | | | | | Rate |
|---|---|---|---|---|---|---|---|---|---|
| 35 | 25 Stainless Steel Sinks | 1/01/16 | 4,587 | 0 | 3,795 | 528 | 4,323 | 264 200DB | 5.0 |
| 35 | 25 Stainless Steel Sinks | 3/31/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 36 | Beer Tubs | 1/01/16 | 1,840 | 0 | 1,522 | 212 | 1,734 | 106 200DB | 5.0 |
| 36 | Beer tubs | 3/31/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 37 | Sound Equipment | 1/01/16 | 60,000 | 0 | 49,632 | 6,912 | 56,544 | 3,456 200DB | 5.0 |
| 37 | Sound Equipment | 3/31/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 38 | Security Cameras | 1/01/16 | 5,136 | 0 | 4,249 | 591 | 4,840 | 296 200DB | 5.0 |
| 38 | Security Cameras | 3/31/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 39 | Upgrade Cameras | 1/01/16 | 2,584 | 0 | 2,138 | 297 | 2,435 | 149 200DB | 5.0 |
| 39 | Upgrade Cameras | 3/31/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 40 | Led Video Screen | 1/01/16 | 72,100 | 0 | 59,641 | 8,306 | 67,947 | 4,153 200DB | 5.0 |
| 40 | LED Video Screen | 4/30/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 41 | Video Cameras Receivers | 1/01/16 | 6,000 | 0 | 4,963 | 691 | 5,654 | 346 200DB | 5.0 |
| 41 | Video Cameras Receivers | 4/30/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 42 | Minor Adjustments | 1/01/16 | 1,548 | 0 | 1,281 | 178 | 1,459 | 89 200DB | 5.0 |
| 42 | Minor Adjustments | 4/30/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 43 | Speakers Amps | 1/01/16 | 27,317 | 0 | 22,597 | 3,147 | 25,744 | 1,573 200DB | 5.0 |
| 43 | Speakers amps | 4/30/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 44 | Sec Cameras Monitors | 1/01/16 | 2,584 | 0 | 2,138 | 297 | 2,435 | 149 200DB | 5.0 |
| 44 | Security Cameras Monitors | 4/30/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 45 | Payment Cash Registers | 1/01/16 | 6,231 | 0 | 5,154 | 718 | 5,872 | 359 200DB | 5.0 |
| 45 | Payment Cash Registers | 4/30/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 46 | Payment Cash Registers | 1/01/16 | 5,989 | 0 | 4,954 | 690 | 5,644 | 345 200DB | 5.0 |
| 46 | Payment Cash Registers | 4/30/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 47 | Draperies | 1/01/16 | 8,952 | 0 | 6,156 | 799 | 6,955 | 1,997 200DB | 7.0 |
| 47 | Draperies | 5/31/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 48 | Custom Walk In Keg | 1/01/16 | 3,238 | 0 | 2,679 | 373 | 3,052 | 186 200DB | 5.0 |
| 48 | Custom Walk In Keg | 7/31/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 49 | 26 Custom Beer Tubs | 1/01/16 | 2,000 | 0 | 1,654 | 231 | 1,885 | 115 200DB | 5.0 |
| 49 | Machinery & Equipment | 12/31/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 50 | Bill Counter & Strapping Machine | 1/01/16 | 839 | 0 | 694 | 97 | 791 | 48 200DB | 5.0 |
| 50 | Furniture & Fixtures | 12/31/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 51 | 3 Washers 3 Dryers And Laundry Kit D | 1/01/16 | 2,197 | 0 | 1,818 | 253 | 2,071 | 126 200DB | 5.0 |
| 51 | Furniture and Fixtures | 12/31/16 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 52 | Electronic Lock | 1/01/16 | 715 | 0 | 592 | 82 | 674 | 41 200DB | 5.0 |
| 52 | Machinery and Equipment | 12/31/16 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 53 | 6 40-inch TVs | 1/01/16 | 646 | 0 | 534 | 75 | 609 | 37 200DB | 5.0 |
| 53 | New Audio Equipment | 1/06/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 54 | 15 40-inch TVs | 1/01/16 | 1,616 | 0 | 1,337 | 186 | 1,523 | 93 200DB | 5.0 |
| 54 | 8 Retro Sofa Grape Velvet | 1/12/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 55 | Wire Fiber Terminals In Building | 1/01/16 | 1,879 | 0 | 1,554 | 217 | 1,771 | 108 200DB | 5.0 |
| 55 | 8 Retro Sofa Grape Velvet | 1/12/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 56 | Direct TV Equipment & Installation | 1/01/16 | 1,402 | 0 | 1,160 | 161 | 1,321 | 81 200DB | 5.0 |
| 56 | Lamps | 1/26/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 57 | 36 6' Steel Tex Slings & | 1/01/16 | 1,391 | 0 | 1,151 | 160 | 1,311 | 80 200DB | 5.0 |

| No | Description | Date | | | | | | | |
|----|-------------|------|---|---|---|---|---|---------|-----|
| 57 | 16 Arabella Mirror | 1/30/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 58 | Treadmill & Other Exercise Room Equi | 1/01/16 | 539 | 0 | 446 | 62 | 508 | 31 200DB | 5.0 |
| 58 | 15 Steel Barricade 8' Silver | 1/31/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 59 | 13-inch Macbook Pro | 1/01/16 | 622 | 0 | 515 | 71 | 586 | 36 200DB | 5.0 |
| 59 | Motor Power Equipment For Curtain | 2/02/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 60 | Sound Equipment | 1/01/16 | 5,113 | 0 | 4,230 | 589 | 4,819 | 294 200DB | 5.0 |
| 60 | New Venue Light | 2/02/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 61 | Ornamental Fence | 1/01/16 | 740 | 0 | 612 | 85 | 697 | 43 200DB | 5.0 |
| 61 | Dr-600 360 Systems Instant Replay 2 / | 2/06/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 62 | Spot Lights & Remote Controls | 1/01/16 | 2,800 | 0 | 2,316 | 323 | 2,639 | 161 200DB | 5.0 |
| 62 | Femal Bartender Tops | 2/08/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 63 | 2015 Gas Terrain Golf Cart | 1/01/16 | 3,164 | 0 | 2,617 | 365 | 2,982 | 182 200DB | 5.0 |
| 63 | Macbook Pro | 2/09/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 64 | Speakers Sound Equipment | 1/01/16 | 3,184 | 0 | 2,634 | 367 | 3,001 | 183 200DB | 5.0 |
| 64 | 6 Folding Chairs And 300 Premium Fol | 2/10/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 65 | Arcade Game Buck Hunter | 1/01/16 | 822 | 0 | 680 | 95 | 775 | 47 200DB | 5.0 |
| 65 | New Venue Lights | 2/10/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 66 | Radios | 1/01/16 | 3,051 | 0 | 2,524 | 351 | 2,875 | 176 200DB | 5.0 |
| 66 | New Venue Lights | 2/13/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 67 | TVs | 1/01/16 | 1,509 | 0 | 1,248 | 174 | 1,422 | 87 200DB | 5.0 |
| 67 | New Computer | 3/17/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 68 | Enclosure For Golf Cart | 1/01/16 | 270 | 0 | 223 | 31 | 254 | 16 200DB | 5.0 |
| 68 | Light Package | 4/14/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 69 | Arcade Game | 1/01/16 | 822 | 0 | 680 | 95 | 775 | 47 200DB | 5.0 |
| 69 | 13-inch Macbook Pro - Silver | 5/23/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 70 | 10 Vintage Burlap Chandelier | 1/01/16 | 2,281 | 0 | 1,569 | 203 | 1,772 | 509 200DB | 7.0 |
| 70 | New Audio Equipment | 6/14/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 71 | 234 Beer Troughs | 1/01/16 | 1,028 | 0 | 707 | 92 | 799 | 229 200DB | 7.0 |
| 71 | Tack And Stage Curtains | 7/21/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 72 | 14 Wired Shelves & 8 3-Shelf Chrome | 1/01/16 | 661 | 0 | 455 | 59 | 514 | 147 200DB | 7.0 |
| 72 | Stage Skirts | 7/21/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 73 | 8 Rust Metal Cage Pendant Lights | 1/01/16 | 927 | 0 | 638 | 82 | 720 | 207 200DB | 7.0 |
| 73 | Alarm System - 50% Deposit | 7/26/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 74 | 4 Broadway Antique Sofas | 1/01/16 | 715 | 0 | 492 | 63 | 555 | 160 200DB | 7.0 |
| 74 | (3) Walk Trhough Metal Detectors For | 8/10/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 75 | 2 Lafayette Velvet Sofas | 1/01/16 | 563 | 0 | 387 | 51 | 438 | 125 200DB | 7.0 |
| 75 | Alarm System - Change Ord | 8/11/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 76 | Wingback Antique Chair | 1/01/16 | 369 | 0 | 254 | 33 | 287 | 82 200DB | 7.0 |
| 76 | Bar Stools Metal Chairs Table | 8/21/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 77 | 2 Alex Antique Sofas | 1/01/16 | 739 | 0 | 508 | 66 | 574 | 165 200DB | 7.0 |
| 77 | Steel Barricade | 8/21/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 78 | 8 Lafayette Velvet Sofas Grape | 1/01/16 | 2,253 | 0 | 1,549 | 201 | 1,750 | 503 200DB | 7.0 |
| 78 | Stage | 8/21/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |
| 79 | Rugs | 1/01/16 | 880 | 0 | 605 | 79 | 684 | 196 200DB | 7.0 |
| 79 | Mic PackageCabling Wires | 8/21/17 | 0 | 0 | 0 | 0 | 0 | 0 200DB | 0.0 |

| No. | Description | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 80 | Furniture For Dressing Rooms & Star F | 1/01/16 | 1,141 | 0 | 784 | 102 | 886 | 255 | 200DB | 7.0 |
| 80 | Motorola Comms Mics And Antenna | 8/28/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 81 | 1 Pallet Of Bar Floor Mats | 1/01/16 | 889 | 0 | 611 | 80 | 691 | 198 | 200DB | 7.0 |
| 81 | Tripleseat Software | 8/29/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 82 | 6 Lattice Light Fixtures | 1/01/16 | 835 | 0 | 574 | 75 | 649 | 186 | 200DB | 7.0 |
| 82 | New Production AV Equipment | 8/30/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 83 | Coffee Tables | 1/01/16 | 1,416 | 0 | 974 | 126 | 1,100 | 316 | 200DB | 7.0 |
| 83 | New Production AV Equipment | 8/30/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 84 | Logos & Banner Artwork | 1/01/16 | 428 | 0 | 294 | 39 | 333 | 95 | 200DB | 7.0 |
| 84 | Truss Motors | 8/30/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 85 | Racks Mats Kitchen Supplies Bar Cadd | 1/01/16 | 3,327 | 0 | 2,288 | 297 | 2,585 | 742 | 200DB | 7.0 |
| 85 | Sound System Equipment | 8/30/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 86 | Materials For Suites Curtains & All Rec | 1/01/16 | 2,418 | 0 | 1,663 | 216 | 1,879 | 539 | 200DB | 7.0 |
| 86 | Video Wall | 9/05/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 87 | 52 Toilet Paper Dispensers | 1/01/16 | 942 | 0 | 648 | 84 | 732 | 210 | 200DB | 7.0 |
| 87 | Pos System | 9/08/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 88 | Office Furniture | 1/01/16 | 1,723 | 0 | 1,185 | 154 | 1,339 | 384 | 200DB | 7.0 |
| 88 | Replacing Benches In The Venue | 9/13/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 89 | 2 Mirrors | 1/01/16 | 277 | 0 | 191 | 24 | 215 | 62 | 200DB | 7.0 |
| 89 | 3 Refrigerated Bar Back Cabinet | 9/13/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 90 | Material For A Furniture Builtin | 1/01/16 | 572 | 0 | 393 | 51 | 444 | 128 | 200DB | 7.0 |
| 90 | Power And Audio Equipment | 9/13/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 91 | Coffee Table & Mirror | 1/01/16 | 367 | 0 | 253 | 32 | 285 | 82 | 200DB | 7.0 |
| 91 | 14 Platinum Hfx 280W Hybrid | 9/13/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 92 | Diamond Plate | 1/01/16 | 733 | 0 | 504 | 65 | 569 | 164 | 200DB | 7.0 |
| 92 | Canton Hall Lighting Equipment | 9/13/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 93 | Commercial Entry Rugs | 1/01/16 | 445 | 0 | 306 | 40 | 346 | 99 | 200DB | 7.0 |
| 93 | Glasswasher - Perlick Pkht24 | 9/20/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 94 | 174 Bar Stools | 1/01/16 | 3,769 | 0 | 2,592 | 336 | 2,928 | 841 | 200DB | 7.0 |
| 94 | Alarm System - Final 50% | 9/20/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 95 | Small Tables & Rugs | 1/01/16 | 468 | 0 | 322 | 42 | 364 | 104 | 200DB | 7.0 |
| 95 | Forklift | 9/20/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 96 | Fence Wood | 1/01/16 | 501 | 0 | 345 | 44 | 389 | 112 | 200DB | 7.0 |
| 96 | 3 Foot Jockey Boxes (Bar Wells) | 9/20/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 97 | Mirrors | 1/01/16 | 673 | 0 | 463 | 60 | 523 | 150 | 200DB | 7.0 |
| 97 | Safe | 9/25/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 98 | Installation Of Suite Hardware & Curta | 1/01/16 | 1,113 | 0 | 766 | 99 | 865 | 248 | 200DB | 7.0 |
| 98 | Add'l Dishwasher - Perlick Pkht2 | 9/28/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 99 | Black Vinyl On Front Windows | 1/01/16 | 873 | 0 | 601 | 77 | 678 | 195 | 200DB | 7.0 |
| 99 | Bar Accessories | 9/30/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 100 | Wallpaper For Suites Bar | 1/01/16 | 722 | 0 | 496 | 65 | 561 | 161 | 200DB | 7.0 |
| 100 | New Pin Spots Lights | 10/03/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 101 | Table Cloths And Table Covers | 1/01/16 | 603 | 0 | 415 | 54 | 469 | 134 | 200DB | 7.0 |
| 101 | Crowdcontrol | 10/05/17 | 0 | 0 | 0 | 0 | 0 | 0 | | 0.0 |
| 102 | Mural Logos & Signs | 1/01/16 | 4,285 | 0 | 2,946 | 383 | 3,329 | 956 | 200DB | 7.0 |

| No. | Description | Date | Cost | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 102 | Light Fixtures | 10/17/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 103 | 500 Folding Chairs Chair Doll 24 Foldir | 1/01/16 | 3,853 | 0 | 0 | 2,649 | 344 | 2,993 | 860 200DB | 7.0 |
| 103 | Crl Black Anodized 12V Dc Thru-Glass | 10/17/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 104 | Drape Panels | 1/01/16 | 1,849 | 0 | 0 | 1,271 | 165 | 1,436 | 413 200DB | 7.0 |
| 104 | 2 Ampeg Svt-810E | 10/19/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 105 | Paint Two Fake Bombs On Paint Bar Si | 1/01/16 | 471 | 0 | 0 | 324 | 42 | 366 | 105 200DB | 7.0 |
| 105 | Sew What - Drapes | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 105 | Permanent Sign For Ch | 10/31/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 106 | 500 Plastic Folding Chairs | 1/01/16 | 201 | 0 | 0 | 138 | 18 | 156 | 45 200DB | 7.0 |
| 106 | Sew What - Drapes | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 106 | Cable InstallationMaterials | 11/08/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 107 | 500 Black Plastic Dolfing Chairs | 1/01/16 | 2,209 | 0 | 0 | 1,519 | 197 | 1,716 | 493 200DB | 7.0 |
| 107 | Sticklanda - Chandelier Motors | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 107 | Cam Locks And 100 Amp Panel | 11/14/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 108 | Curtain Panels Railing Covers Drape P: | 1/01/16 | 1,073 | 0 | 0 | 738 | 96 | 834 | 239 200DB | 7.0 |
| 108 | Gemini - Chandelier Motors | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 108 | Outdoor Temp Sign | 12/12/17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 109 | State Curtain Install | 1/01/16 | 1,135 | 0 | 0 | 780 | 102 | 882 | 253 200DB | 7.0 |
| 109 | Shag Carpet | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 109 | Balance for Sign | 3/02/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 110 | Folding Chair Dolly | 1/01/16 | 289 | 0 | 0 | 199 | 26 | 225 | 64 200DB | 7.0 |
| 110 | N Smith - Motor Power Install | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 110 | Macbook Pro | 12/31/19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 111 | Deposit For Covering Backside Window | 1/01/16 | 321 | 0 | 0 | 221 | 29 | 250 | 71 200DB | 7.0 |
| 111 | Y Prater - Chandeliers | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 111 | Mac Book | 12/31/20 | 0 | 0 | 0 c | 0 | 0 | 0 | 0 | 0.0 |
| 112 | Balance Due Covering Backside Windo | 1/01/16 | 374 | 0 | 0 | 257 | 34 | 291 | 83 200DB | 7.0 |
| 112 | Tentcraft | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 113 | 8' Disco Ball | 1/01/16 | 514 | 0 | 0 | 354 | 46 | 400 | 114 200DB | 7.0 |
| 113 | Conference Room AV | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 114 | 70 Folding Banquet Tables | 1/01/16 | 2,996 | 0 | 0 | 2,060 | 268 | 2,328 | 668 200DB | 7.0 |
| 114 | Markertek Video Supply | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 115 | 3 TVs & Backstage Coffee Machines | 1/01/16 | 1,050 | 0 | 0 | 722 | 94 | 816 | 234 200DB | 7.0 |
| 115 | Alpha - Bases for Trus Package | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 116 | 20 Black Plastic Chairs 2 Banquet Tabl | 1/25/16 | 1,182 | 0 | 0 | 998 | 52 | 1,050 | 132 200DB | 7.0 |
| 116 | Gemini - Truss for Video Wall | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 117 | Wallpaper | 4/06/16 | 2,653 | 0 | 0 | 2,239 | 118 | 2,357 | 296 200DB | 7.0 |
| 117 | Texas/Air - Air Duct Storage | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 118 | 4 Broadway Sofa 4 Canal Sofa | 5/04/16 | 6,960 | 0 | 0 | 5,873 | 310 | 6,183 | 777 200DB | 7.0 |
| 118 | Apple Computer | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 119 | Furniture For Suites | 6/28/16 | 13,245 | 0 | 0 | 11,177 | 591 | 11,768 | 1,477 200DB | 7.0 |
| 119 | Boutique Amps | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 120 | Canal Sofa T Raditional Broadway | 7/07/16 | 3,695 | 0 | 0 | 3,118 | 165 | 3,283 | 412 200DB | 7.0 |
| 120 | Zoro Tools | 12/31/18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 121 | 6 Elation Strobe Lights 6 Election Blind | 1/15/16 | 8,013 | 0 | 0 | 7,321 | 461 | 7,782 | 231 200DB | 5.0 |

| ID | Description | Date | | | | | | | |
|----|-------------|------|----|----|----|----|----|----|----|
| 122 | Road Hog 4 Control | 1/16/16 | 15,047 | 0 | 13,747 | 867 | 14,614 | 433 200DB | 5.0 |
| 122 | Source 4 Conventional Lights/Blinds | 1/29/19 | 0 | 0 | 0 | 0 | 0 | 0 | 5.0 |
| 123 | 20 Pin Spot Light Fixtures | 2/03/16 | 8,135 | 0 | 7,432 | 469 | 7,901 | 234 200DB | 5.0 |
| 123 | Ring for Boxing Ring | 1/30/19 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 124 | Record Capital Lease Purchase Of Size | 2/16/16 | 24,118 | 0 | 22,034 | 1,389 | 23,423 | 695 200DB | 5.0 |
| 124 | Ring Truss | 2/28/19 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 125 | TVs | 2/24/16 | 2,273 | 0 | 2,077 | 131 | 2,208 | 65 200DB | 5.0 |
| 125 | Tentcraft Inc. Custom tent for offsite | 3/29/19 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 126 | More POS Stations | 2/26/16 | 6,773 | 0 | 6,188 | 390 | 6,578 | 195 200DB | 5.0 |
| 126 | 2 MacBook Prop 15" computers | 5/23/19 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 127 | New Stage Decks For The | 2/26/16 | 12,369 | 0 | 10,437 | 552 | 10,989 | 1,380 200DB | 7.0 |
| 127 | New Radios | 6/28/19 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 128 | Cable Lighting And Amps | 3/23/16 | 26,529 | 0 | 24,237 | 1,528 | 25,765 | 764 200DB | 5.0 |
| 128 | Apple Macbook Pro computer | 7/04/19 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 129 | Computer - Matt | 4/04/16 | 2,857 | 0 | 2,610 | 165 | 2,775 | 82 200DB | 5.0 |
| 129 | Apple Macbook Pro computer | 8/21/19 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 130 | Ear Pieces And Speaker | 4/21/16 | 2,485 | 0 | 2,270 | 143 | 2,413 | 72 200DB | 5.0 |
| 130 | Apple Computer | 11/07/19 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 131 | Lobby Speakers | 5/03/16 | 2,494 | 0 | 2,279 | 143 | 2,422 | 72 200DB | 5.0 |
| 131 | 24 Pin spot lights | 11/20/19 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 132 | Macbook Pro | 5/23/16 | 2,864 | 0 | 2,617 | 165 | 2,782 | 82 200DB | 5.0 |
| 132 | bike racks and covers | 11/25/19 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 133 | Macbook Pro Retina | 9/15/16 | 5,500 | 0 | 5,025 | 317 | 5,342 | 158 200DB | 5.0 |
| 133 | Trash Truck | 4/09/19 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| 134 | Lenovo Thinkpad | 10/28/16 | 1,477 | 0 | 1,350 | 85 | 1,435 | 42 200DB | 5.0 |
| 134 | 3 sofa, 6 benches | 12/31/20 | 0 | 0c | 0 | 0 | 0 | 0 | 5.0 |
| 135 | Macbook Pro | 11/17/16 | 1,839 | 0 | 1,680 | 106 | 1,786 | 53 200DB | 5.0 |
| 135 | 20 motorola radios | 12/31/20 | 0 | 0c | 0 | 0 | 0 | 0 | 5.0 |
| 136 | Macbook Pro | 11/17/16 | 366 | 0 | 334 | 21 | 355 | 11 200DB | 5.0 |
| 136 | LED Lighting Fixture | 12/31/20 | 0 | 0c | 0 | 0 | 0 | 0 | 0.0 |
| 137 | Macbook Pro | 11/18/16 | 1,839 | 0 | 1,680 | 106 | 1,786 | 53 200DB | 5.0 |
| 138 | Macbook Pro | 11/21/16 | 333 | 0 | 304 | 19 | 323 | 10 200DB | 5.0 |
| 139 | Tack And Stage Curtains | 7/21/17 | 12,558 | 0 | 10,750 | 723 | 11,473 | 1,085 200DB | 5.0 |
| 140 | Stage Skirts | 7/21/17 | 1,003 | 0 | 859 | 57 | 916 | 87 200DB | 5.0 |
| 141 | Alarm System - 50% Deposit | 7/26/17 | 21,887 | 0 | 13,466 | 842 | 14,308 | 7,579 150DB | 15.0 |
| 142 | Alarm System - Change Order #1 | 8/11/17 | 1,312 | 0 | 807 | 51 | 858 | 454 150DB | 15.0 |
| 143 | Bar Stools Metal Chairs Table | 8/21/17 | 6,733 | 0 | 5,261 | 421 | 5,682 | 1,051 200DB | 7.0 |
| 144 | Steel Barricade | 8/21/17 | 5,489 | 0 | 4,289 | 343 | 4,632 | 857 200DB | 7.0 |
| 145 | Stage | 8/21/17 | 21,504 | 0 | 16,802 | 1,343 | 18,145 | 3,359 200DB | 7.0 |
| 146 | Mic Package Cabling Wires | 8/21/17 | 24,532 | 0 | 20,999 | 1,413 | 22,412 | 2,120 200DB | 5.0 |
| 147 | Motorola Comms Mics And Antenna | 8/28/17 | 12,416 | 0 | 10,628 | 715 | 11,343 | 1,073 200DB | 5.0 |
| 148 | Truss Motors | 8/30/17 | 83,250 | 0 | 71,262 | 4,795 | 76,057 | 7,193 200DB | 5.0 |
| 149 | Sound System Equipment | 8/30/17 | 124,830 | 0 | 106,854 | 7,191 | 114,045 | 10,785 200DB | 5.0 |
| 150 | Video Wall | 9/05/17 | 99,747 | 0 | 85,384 | 5,745 | 91,129 | 8,618 200DB | 5.0 |
| 151 | 3 Refridgerated Bar Back Cabinet | 9/13/17 | 13,397 | 0 | 11,468 | 772 | 12,240 | 1,157 200DB | 5.0 |

| No. | Description | Date | Cost | | | Prior Depr. | | Current Depr. | Accum. Depr. | Net Book Val. | Method | Life |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 152 | Power and Audio Equipment | 9/13/17 | 28,553 | 0 | 0 | 24,441 | 0 | 1,645 | 26,086 | 2,467 | 200DB | 5.0 |
| 153 | Glasswasher - Perlick PKHT24 | 9/20/17 | 6,551 | 0 | 0 | 5,608 | 0 | 377 | 5,985 | 566 | 200DB | 5.0 |
| 154 | Alarm System - Final 50% | 9/20/17 | 21,887 | 0 | 0 | 13,466 | 0 | 842 | 14,308 | 7,579 | 150DB | 15.0 |
| 155 | Forklift | 9/20/17 | 17,900 | 0 | 0 | 15,322 | 0 | 1,031 | 16,353 | 1,547 | 200DB | 5.0 |
| 156 | Add'l Dishwasher - Perlick PKHT2 | 9/28/17 | 11,115 | 0 | 0 | 11,115 | 11,115 | 0 | 11,115 | 0 | 200DB | 5.0 |
| 157 | 14 Platinum HFX 280W Hybrid | 9/13/17 | 35,292 | 0 | 0 | 30,210 | 0 | 2,033 | 32,243 | 3,049 | 200DB | 5.0 |
| 158 | Canton Hall Lighting Equipment | 9/13/17 | 39,489 | 0 | 0 | 33,803 | 0 | 2,274 | 36,077 | 3,412 | 200DB | 5.0 |
| 159 | 3 Foot Jockey Boxes (Bar Wells) | 9/20/17 | 6,772 | 0 | 0 | 5,797 | 0 | 390 | 6,187 | 585 | 200DB | 5.0 |
| 160 | Cable Installation Materials | 11/08/17 | 6,094 | 0 | 0 | 6,094 | 6,094 | 0 | 6,094 | 0 | 200DB | 7.0 |
| 161 | 8 Retro Sofa Grape Velvet | 1/12/17 | 3,000 | 0 | 0 | 2,344 | 0 | 188 | 2,532 | 468 | 200DB | 7.0 |
| 162 | 8 Retro Sofa Grape Velvet | 1/12/17 | 2,540 | 0 | 0 | 1,985 | 0 | 159 | 2,144 | 396 | 200DB | 7.0 |
| 163 | Lamps | 1/26/17 | 1,539 | 0 | 0 | 1,203 | 0 | 96 | 1,299 | 240 | 200DB | 7.0 |
| 164 | 16 Arabella Mirror | 1/30/17 | 3,983 | 0 | 0 | 3,113 | 0 | 248 | 3,361 | 622 | 200DB | 7.0 |
| 165 | 15 Steel Barricade 8' Silver | 1/31/17 | 1,660 | 0 | 0 | 1,297 | 0 | 104 | 1,401 | 259 | 200DB | 7.0 |
| 166 | Femal Bartender Tops | 2/08/17 | 639 | 0 | 0 | 500 | 0 | 40 | 540 | 99 | 200DB | 7.0 |
| 167 | 6 Folding Chairs And 300 Premium Fol | 2/10/17 | 3,346 | 0 | 0 | 2,614 | 0 | 209 | 2,823 | 523 | 200DB | 5.0 |
| 168 | Replacing Benches In The Venue | 9/13/17 | 1,025 | 0 | 0 | 801 | 0 | 64 | 865 | 160 | 200DB | 5.0 |
| 169 | New Audio Equipment | 1/06/17 | 5,500 | 0 | 0 | 4,708 | 0 | 317 | 5,025 | 475 | 200DB | 5.0 |
| 170 | Motor Power Equipment For Curtain | 2/02/17 | 1,500 | 0 | 0 | 1,284 | 0 | 86 | 1,370 | 130 | 200DB | 5.0 |
| 171 | New Venue Light | 2/02/17 | 21,555 | 0 | 0 | 18,451 | 0 | 1,242 | 19,693 | 1,862 | 200DB | 5.0 |
| 172 | Dr-600 360 Systems Instant Replay 2 / | 2/06/17 | 3,031 | 0 | 0 | 2,595 | 0 | 174 | 2,769 | 262 | 200DB | 5.0 |
| 173 | Macbook Pro | 2/09/17 | 3,030 | 0 | 0 | 2,594 | 0 | 174 | 2,768 | 262 | 200DB | 5.0 |
| 174 | New Venue Lights | 2/10/17 | 24,234 | 0 | 0 | 20,745 | 0 | 1,395 | 22,140 | 2,094 | 200DB | 5.0 |
| 175 | New Venue Lights | 2/13/17 | 2,111 | 0 | 0 | 1,807 | 0 | 122 | 1,929 | 182 | 200DB | 5.0 |
| 176 | New Computer | 3/17/17 | 2,165 | 0 | 0 | 1,854 | 0 | 124 | 1,978 | 187 | 200DB | 5.0 |
| 177 | Light Package | 4/14/17 | 4,198 | 0 | 0 | 3,594 | 0 | 241 | 3,835 | 363 | 200DB | 5.0 |
| 178 | 13-inch Macbook Pro - Silver | 5/23/17 | 2,163 | 0 | 0 | 1,852 | 0 | 124 | 1,976 | 187 | 200DB | 5.0 |
| 179 | New Audio Equipment | 6/14/17 | 3,051 | 0 | 0 | 2,612 | 0 | 175 | 2,787 | 264 | 200DB | 5.0 |
| 180 | (3) Walk Through Metal Detectors For | 8/10/17 | 12,781 | 0 | 0 | 10,941 | 0 | 736 | 11,677 | 1,104 | 200DB | 5.0 |
| 181 | New Production A V Equipment | 8/30/17 | 196,961 | 0 | 0 | 168,599 | 0 | 11,345 | 179,944 | 17,017 | 200DB | 5.0 |
| 182 | New Production A V Equipment | 8/30/17 | 196,961 | 0 | 0 | 168,599 | 0 | 11,345 | 179,944 | 17,017 | 200DB | 5.0 |
| 183 | New Pin Spots Lights | 10/03/17 | 7,845 | 0 | 0 | 7,845 | 7,845 | 0 | 7,845 | 0 | 200DB | 5.0 |
| 184 | 2 Ampeg SVT-810E | 10/19/17 | 5,000 | 0 | 0 | 5,000 | 5,000 | 0 | 5,000 | 0 | 200DB | 5.0 |
| 185 | Sew What - Drapes | 12/31/18 | 4,406 | 0 | 0 | 4,406 | 4,406 | 0 | 4,406 | 0 | 200DB | 5.0 |
| 186 | Permanent Sign For CH | 10/31/17 | 12,565 | 0 | 0 | 12,565 | 12,565 | 0 | 12,565 | 0 | 200DB | 5.0 |
| 186 | Sew What - Drapes | 12/31/18 | 5,482 | 0 | 0 | 5,482 | 5,482 | 0 | 5,482 | 0 | 200DB | 5.0 |
| 186 | Outdoor Temp Sign | 12/12/17 | 566 | 0 | 0 | 566 | 566 | 0 | 566 | 0 | 200DB | 5.0 |
| 187 | Sticklanda - Chandelier Motors | 12/31/18 | 2,000 | 0 | 0 | 2,000 | 2,000 | 0 | 2,000 | 0 | 200DB | 5.0 |
| 187 | POS System | 9/08/17 | 17,952 | 0 | 0 | 15,367 | 0 | 1,034 | 16,401 | 1,551 | 200DB | 5.0 |
| 188 | Gemini - Chandelier Motors | 12/31/18 | 17,753 | 0 | 0 | 17,753 | 17,753 | 0 | 17,753 | 0 | 200DB | 5.0 |
| 188 | Safe | 9/25/17 | 1,191 | 0 | 0 | 1,020 | 0 | 68 | 1,088 | 103 | 200DB | 5.0 |
| 189 | Shag Carpet | 12/31/18 | 6,197 | 0 | 0 | 6,197 | 6,197 | 0 | 6,197 | 0 | 200DB | 5.0 |
| 189 | Crowdcontrol | 10/05/17 | 1,018 | 0 | 0 | 1,018 | 1,018 | 0 | 1,018 | 0 | 200DB | 5.0 |
| 190 | N Smith - Motor Power Install | 12/31/18 | 2,000 | 0 | 0 | 2,000 | 2,000 | 0 | 2,000 | 0 | 200DB | 5.0 |
| 190 | Light Fixtures | 10/17/17 | 3,740 | 0 | 0 | 3,740 | 3,740 | 0 | 3,740 | 0 | 200DB | 5.0 |

| # | Description | Date In Service | Cost | | (Cur Yr) | Prior Depr. | | Accum. Depr. | Current Depr. | Net Book Value | Method | Life |
|---|-------------|-----------------|------|---|----------|-------------|---|--------------|---------------|----------------|--------|------|
| 191 | Y Prater - Chandeliers | 12/31/18 | 900 | 0 | | 900 | | 900 | | | 200DB | 5.0 |
| 191 | CRL Black Anodized 12V Dc Thru-Glass | 10/17/17 | 3,057 | 0 | | 3,057 | | 3,057 | | | 200DB | 5.0 |
| 192 | Tentcraft | 12/31/18 | 5,736 | 0 | | 5,736 | | 5,736 | | | 200DB | 5.0 |
| 192 | Cam Locks And 100 Amp Panel | 11/14/17 | 7,632 | 0 | | 7,632 | | 7,632 | | | 200DB | 5.0 |
| 193 | Conference Room AV | 12/31/18 | 1,181 | 0 | | 1,181 | | 1,181 | | | 200DB | 5.0 |
| 193 | Tripleseat Software | 8/29/17 | 1,800 | 0 | | 1,733 | | 1,800 | 67 | | 200DB | 3.0 |
| 194 | Markertek Video Supply | 12/31/18 | 2,704 | 0 | | 2,704 | | 2,704 | | | 200DB | 5.0 |
| 194 | Bar Accessories | 9/30/17 | 2,188 | 0 | | 2,188 | | 2,188 | | | 200DB | 5.0 |
| 195 | Alpha - Bases for Trus Package | 12/31/18 | 2,165 | 0 | | 2,165 | | 2,165 | | | 200DB | 5.0 |
| 195 | Balance for Sign | 3/02/18 | 12,796 | 0 | | 12,796 | | 12,796 | | | 200DB | 5.0 |
| 196 | Gemini - Truss for Video Wall | 12/31/18 | 5,115 | 0 | | 5,115 | | 5,115 | | | 200DB | 5.0 |
| 196 | Macbook Pro | 12/31/19 | 5,300 | 0 | | 5,300 | | 5,300 | | | 200DB | 5.0 |
| 197 | TexasAir - Air Duct Storage | 12/31/18 | 21,408 | 0 | | 21,408 | | 21,408 | | | 200DB | 5.0 |
| 197 | MACBook Pro Computers | 12/31/20 | 7,136 | 7,136 | | 0 | | 7,136 | | | 200DB | 5.0 |
| 198 | Apple Computer | 12/31/18 | 3,678 | 0 | | 3,678 | | 3,678 | | | 200DB | 5.0 |
| 199 | Boutique Amps | 12/31/18 | 2,600 | 0 | | 2,600 | | 2,600 | | | 200DB | 5.0 |
| 200 | Zoro Tools | 12/31/18 | 2,537 | 0 | | 2,537 | | 2,537 | | | 200DB | 5.0 |
| 203 | Trash Truck | 12/31/19 | 3,500 | 0 | | 3,500 | | 3,500 | | | 200DB | 5.0 |
| 204 | Source 4 Conventional Lights/Blinds | 1/29/19 | 13,510 | 0 | | 13,510 | | 13,510 | | | 200DB | 5.0 |
| 205 | Ring for Boxing Ring | 1/30/19 | 11,725 | 0 | | 11,725 | | 11,725 | | | 200DB | 5.0 |
| 206 | Ring Truss | 2/28/19 | 19,900 | 0 | | 19,900 | | 19,900 | | | 200DB | 5.0 |
| 207 | Tentcraft Inc. Custom tent for offsite ... | 3/29/19 | 5,688 | 0 | | 5,688 | | 5,688 | | | 200DB | 5.0 |
| 208 | 2 Macbook Pro 15" Computers | 5/23/19 | 5,203 | 0 | | 5,203 | | 5,203 | | | 200DB | 5.0 |
| 209 | New Radios | 6/28/19 | 5,190 | 0 | | 5,190 | | 5,190 | | | 200DB | 5.0 |
| 210 | Apple Macbook Pro computer | 7/04/19 | 3,361 | 0 | | 3,361 | | 3,361 | | | 200DB | 5.0 |
| 211 | Apple Macbook Pro computer | 8/21/19 | 2,597 | 0 | | 2,597 | | 2,597 | | | 200DB | 5.0 |
| 212 | Apple Computer | 11/07/19 | 3,219 | 0 | | 3,219 | | 3,219 | | | 200DB | 5.0 |
| 213 | 24 Pin spot lights | 11/20/19 | 6,214 | 0 | | 6,214 | | 6,214 | | | 200DB | 5.0 |
| 214 | bike racks and covers | 11/25/19 | 4,805 | 0 | | 4,805 | | 4,805 | | | 200DB | 5.0 |
| 215 | 3 sofa, 6 benches | 12/31/20 | 5,300 | 5,300 | | 0 | | 5,300 | | | 200DB | 5.0 |
| 216 | 20 motorola radios | 12/31/20 | 8,763 | 8,763 | | 0 | | 8,763 | | | 200DB | 5.0 |
| 217 | LED Lighting Fixture | 12/31/20 | 6,285 | 6,285 | | 0 | | 6,285 | | | 200DB | 5.0 |
| | **Personal Property** | | 1,993,467 | 0 c | 277,174 | 1,673,268 | 277,244 | 1,820,512 | 147,244 | 172,955 | | |
| | **Grand Total** | | 2,232,045 | 0 c | 302,278 | 1,802,416 | | 1,957,518 | 155,102 | 274,527 | | |