# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| THE BOMB FACTORY DALLAS, LLP | § § | CASE NO: 22-30841-swe-7 |
| DEBTOR. | § § § | Chapter 7 |

## TRUSTEE'S INTERIM REPORT

The Trustee wishes to advise the Court, creditors, and parties in interest that the deposition of the debtor's former principal, Whitney Barlow, is to be taken to determine any potential cause of action.

Respectfully Submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE